THE HONORABLE BENJAMIN H. SETTLE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES MISSION CORPORATION, d/b/a UNITED STATES MISSION, <br><br>              Plaintiff, <br><br>    v. <br><br> CITY OF PUYALLUP; BARBARA J. PRICE, in her official capacity as City Clerk for the City of Puyallup, <br><br>          Defendants. | No. C09-5465 <br><br> STIPULATED ORDER RE-NOTING MOTION FOR PRELIMINARY INJUNCTION |

Pursuant to an agreement between the parties, the Motion for Preliminary Injunction filed by plaintiff (Dkt. #2) should be, and hereby is, noted on the motion calendar for October 9, 2009.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  August 17, 2009

s/ Kevin J. Hamilton, WSBA No. 15648
KHamilton@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

s/ Harry Williams IV, WSBA No. 41020
HWilliams@aclu-wa.org
**ACLU of Washington Foundation**
705 2nd Avenue, 3rd Floor
Seattle, WA  98104
Telephone:  206.624.2184
Facsimile:  206.624.2190

Attorneys for Plaintiff
United States Mission Corporation

STIPULATED ORDER RE-NOTING MOTION
FOR PRELIMINARY INJUNCTION – 1

68142-0002/LEGAL16739724.2

1
2                               s/ Kevin J. Yamamoto, WSBA No. 26787
3                               KYamamoto@ci.puyallup.wa.us
4                               **City of Puyallup**
5                               333 S. Meridian
6                               Puyallup, WA  98371
7                               Telephone:  253.770.3324
8                               Facsimile:  253.770.3352
9
10                             Attorneys for Defendants
11                             City of Puyallup and Barbara J. Price
12
13
14
15
16
17
18
19        PURSUANT TO STIPULATION, IT IS SO ORDERED.
20
21
22
23
24
25  DATED: August 18, 2009
26
27
28
29
30
31
32                             BENJAMIN H. SETTLE
33                             United States District Judge
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

STIPULATED ORDER RE-NOTING MOTION
FOR PRELIMINARY INJUNCTION  – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

68142-0002/LEGAL16739724.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on August 17, 2009, he/she/they caused to be served on the person(s) listed below in the manner shown:

**Stipulated Order Re-Noting Motion for Preliminary Injunction [Proposed]**

**Service List**

Kevin J. Yamamoto, WSBA No. 26787
Senior Assistant City Attorney
KYamamoto@ci.puyallup.wa.us
333 S. Meridian
Puyallup, WA  98371
Telephone:  253.770.3324
Facsimile:  253.3352

*Counsel for the City of Puyallup and for Barbara Price*

ACLU of Washington Foundation
Sarah A. Dunne, WSBA No. 34869
dunne@aclu-wa.org
Harry Williams IV, WSBA, No. 41020
hwilliams@aclu-wa.org
ACLU of Washington Foundation
705 2nd Avenue, 3rd Floor
Seattle, WA  98104
Telephone:  206.624.2184
Facsimile:  206.624.2190

*Attorneys for United States Mission Corporation*

☐  United States Mail, First Class

☐  By Messenger

☐  By Facsimile

☒  By eFiling

Dated at Seattle, Washington, this 17th day of August, 2009.

s/ Kevin J. Hamilton,  WSBA No. 15648

68142-0002/LEGAL16739724.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000