THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES MISSION CORPORATION, d/b/a/ UNITED STATES MISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF PUYALLUP; BARBARA J. PRICE, in her official capacity as City Clerk for the City of Puyallup,<br><br>             Defendants. | CASE NO. 3:09-cv-05465-BHS<br><br>STIPULATION FOR DISMISSAL OF ACTION<br><br>NOTE ON MOTION CALENDAR: October 1, 2009 |

STIPULATION FOR DISMISSAL OF ACTION
(NO. 3:09-CV-05465-BHS) – 1

68142-0002/LEGAL17055198.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

TO:    The Clerk of the Court

Plaintiff United States Mission Corporation and defendants City of Puyallup and Barbara J. Price, in her official capacity as City Clerk for the City of Puyallup, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-entitled action may be dismissed with prejudice and without costs to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED:  October 1, 2009.

s/ Kevin J. Hamilton, WSBA No. 15648
KHamilton@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

s/ Harry Williams IV, WSBA No. 41020
HWilliams@aclu-wa.org
**ACLU of Washington Foundation**
705 2nd Avenue, 3rd Floor
Seattle, WA  98104
Telephone:  206.624.2184
Facsimile:  206.624.2190

Attorneys for Plaintiff
United States Mission Corporation

s/ Kevin J. Yamamoto, WSBA No. 26787
KYamamoto@ci.puyallup.wa.us
**City of Puyallup**
333 S. Meridian
Puyallup, WA  98371
Telephone:  253.770-3324
Facsimile:  253.770.3352

Attorneys for Defendants
City of Puyallup and Barbara J. Price

STIPULATION FOR DISMISSAL OF ACTION
(NO. 3:09-CV-05465-BHS) – 2

68142-0002/LEGAL17055198.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on October 1, 2009, he/she/they caused to be served on the person(s) listed below in the manner shown:

**STIPULATION FOR DISMISSAL OF ACTION**

*Service List*:

    Kevin J. Yamamoto, WSBA No. 26787
    Senior Assistant City Attorney
    KYamamoto@ci.puyallup.wa.us
    333 S. Meridian
    Puyallup, WA  98371
    Telephone:  253.770.3324
    Facsimile:  253.3352

*Counsel for the City of Puyallup and for Barbara Price*

    ACLU of Washington Foundation
    Sarah A. Dunne, WSBA No. 34869
    dunne@aclu-wa.org
    Harry Williams IV, WSBA, No. 41020
    hwilliams@aclu-wa.org
    ACLU of Washington Foundation
    705 2nd Avenue, 3rd Floor
    Seattle, WA  98104
    Telephone:  206.624.2184
    Facsimile:  206.624.2190

*Attorneys for United States Mission Corporation*

☐ United States Mail, First Class

☐ By Messenger

☐ By Facsimile

☒ By eFiling

Dated at Seattle, Washington, this 1st day of October, 2009.

                                              s/ Kevin J. Hamilton,  WSBA No. 15648

STIPULATION FOR DISMISSAL OF ACTION
(NO. 3:09-CV-05465-BHS) – 3

68142-0002/LEGAL17055198.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000